UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Bryan Williams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:09-cv-02016 CEJ |
| ) | |
| Finck & Associates, Inc., ) | |
| ) | |
| Defendant. ) | |

## ORDER

On December 8, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Mary Ann L. Medler, United States Magistrate Judge.

Dated this 9th day of December, 2009.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:09-cv-0063-MLM.**